No. ——. Original. *Ex parte:* IN THE MATTER OF GEORGE E. HAMILTON, PETITIONER. Submitted Jan-

uary 13, 1919.  Decided January 20, 1919.  Motion for leave to file petition for a writ of *habeas corpus* denied. *Mr. Frederick S. Tyler* for petitioner.